CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 0 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| BRYAN BLANTON, | ) | Civil Action No. 7:10-cv-00552 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN, U.S.P. LEE, <u>et al.</u>, | ) | By: Hon. James C. Turk |
| Respondents. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that the Bureau of Prisons is **ADDED** as a defendant; the respondent's motion to dismiss is

**GRANTED**; petitioner's claims against the Warden and the Bureau of Prisons are **DISMISSED**

**without prejudice**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner and counsel of record for the respondent.

ENTER: This _29th_ day of March, 2011.

_____
Senior United States District Judge